IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HECTOR MARTINEZ,

    Petitioner,                    No. 2:12-cv-3063 EFB P

    vs.

THE PEOPLE OF THE
STATE OF CALIFORNIA,

    Respondent.                 ORDER

                            /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 25, 2013, petitioner requested an extension of time to file an application for leave to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

      It is hereby ORDERED that petitioner's request is granted in part to the extent that he has 30 days from the date this order is served to file an application for leave to proceed *in forma pauperis*. The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

Dated: January 30, 2013.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE