1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN HECTOR MARTINEZ,

11          Petitioner,                    No. 2:12-cv-3063 EFB P

12      vs.

13   THE PEOPLE OF THE
     STATE OF CALIFORNIA,

14
            Respondent.                    ORDER

15
     _____/

16
            Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17
     28 U.S.C. § 2254.  On January 25, 2013, petitioner requested an extension of time to file an

18
     application for leave to proceed *in forma pauperis*.  *See* Fed. R. Civ. P. 6(b).

19
            It is hereby ORDERED that petitioner's request is granted in part to the extent that he has

20
     30 days from the date this order is served to file an application for leave to proceed *in forma*

21
     *pauperis*.  The Clerk of the Court is directed to mail to petitioner a form application for leave to

22
     proceed *in forma pauperis*.

23
     Dated:  January 30, 2013.

24
                                           _____
25                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
26